UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY H. EPSTEIN, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE & CO., and CHASE BANK USA, N.A.,<br><br>             Defendants. | Case No. 13-CV-4744 (KPF)<br>Hon. Katherine Polk Failla |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** Plaintiff Stanley H. Epstein hereby presents to the Honorable Katherine Polk Failla, in Courtroom 618 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, his Motion for Appointment of Interim Class Counsel, a copy of which is submitted herewith and served upon Defendants.

Dated:  August 21, 2013

Respectfully submitted,

By:            */s/*
     Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SB1141)
Joseph I. Marchese (JM1976)
Neal J. Deckant (ND1984)
Yitzchak Kopel (YK5522)
888 Seventh Avenue
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail:  scott@bursor.com
             jmarchese@bursor.com
             ndeckant@bursor.com
             ykopel@bursor.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY H. EPSTEIN, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE & CO., and CHASE BANK USA, N.A.,<br><br>                      Defendants. | Case No. 13-CV-4744 (KPF)<br>Hon. Katherine Polk Failla |

## PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

      Pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, Plaintiff Stanley H. Epstein ("Plaintiff") respectfully moves this Court to appoint Bursor & Fisher, P.A. as interim class counsel. Plaintiff requests this appointment to ensure the efficient and orderly prosecution of this class action litigation and the best possible representation for the proposed class alleged therein.

      This Motion is supported by Plaintiff's Memorandum of Law, filed contemporaneously herewith, along with the Declaration of Joseph I. Marchese and the Exhibits attached thereto, and all pleadings and papers filed herein.

Dated:  August 21, 2013               Respectfully submitted,

                                                          By:            */s/*
                                                                      Joseph I. Marchese

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SB1141)
Joseph I. Marchese (JM1976)
Neal J. Deckant (ND1984)
Yitzchak Kopel (YK5522)
888 Seventh Avenue
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail:  scott@bursor.com
          jmarchese@bursor.com
          ndeckant@bursor.com
          ykopel@bursor.com