UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STANLEY H. EPSTEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., and CHASE BANK USA, N.A.,<br><br>Defendants. | Case No. 13-CV-4744 (KPF)<br>Hon. Katherine Polk Failla |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S
### MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL

The Motion for Appointment of Interim Class Counsel by Plaintiff Stanley H. Epstein ("Plaintiff") was filed with this Court on August 21, 2013.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion is GRANTED.

2. The Court appoints Bursor & Fisher, P.A as interim class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3).

3. In its capacity as interim class counsel, Bursor & Fisher, P.A. shall be responsible for coordinating the activities on behalf of the putative class during pretrial proceedings and shall have the sole authority to:

    a. determine and present (in briefs, oral arguments, or such other fashion as may be appropriate, personally or by a designee) to the Court and

        opposing parties the position of the Plaintiff and the putative class on all matters arising during pretrial proceedings;

b.    coordinate the initiation and conduct of discovery on behalf of Plaintiff consistent with the requirements of the Federal Rules of Civil Procedure;

c.    conduct settlement negotiations on behalf of Plaintiff and the putative class, and, if appropriate, to enter into a settlement that is fair, reasonable, and adequate on behalf of the class;

d.    delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for the Plaintiff is conducted efficiently and effectively;

e.    enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

f.    monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

g.    perform such other duties as may be incidental to the proper coordination of Plaintiff's pretrial activities or authorized by further order of the Court.

SO ORDERED this _____ day of _____, 2013.

                                                                                 KATHERINE POLK FAILLA
                                                                                 United States District Judge